Leroy COOK, Sr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 675, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016
Decided: March 29, 2016

AFFIRMED.